962 So.2d 355 (2007)
Jimmie David SAPP, Appellant,
v.
STATE of Florida, Appellee.
No. 5D06-1813.
District Court of Appeal of Florida, Fifth District.
July 17, 2007.
Larry C. Hoffman, Clearwater, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Donovan v. State, 821 So.2d 1099, 1101 (Fla. 5th DCA 2002).
PALMER, CJ., THOMPSON, and LAWSON, JJ., concur.